# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00673-CR

**Thomas Pena, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 59787, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Thomas Pena seeks to appeal a judgment of conviction for engaging in organized criminal activity. The trial court has certified that this is a plea bargain case and Pena has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The court has additionally certified that Pena waived his right of appeal. The appeal is dismissed. *See id*. rule 25.2(d).

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   November 30, 2006

Do Not Publish